**Electronically Filed
Supreme Court
SCWC-20-0000122
07-MAR-2022
07:45 AM
Dkt. 3 ODAC**

SCWC-20-0000122

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

LAWRENCE P. PECK, ROBBYN L. PECK, and PECK, INC., a Hawaiʻi
Corporation, Respondents/Plaintiffs-Appellees,
v.
LYNN LINDER NAKKIM, Petitioner/Defendant-Appellant,
and
CONTINENTAL PACIFIC, LLC, a Delaware Limited Liability Company,
Respondent/Defendant-Appellee.


and


LAWRENCE P. PECK, ROBBYN L. PECK, and PECK, INC., a Hawaiʻi
Corporation, Respondents/Plaintiffs-Appellees,
v.
LYNN LINDER BOERNER NAKKIM, Petitioner/Defendant-Appellant,
and
LYNN LINDER NAKKIM, as Trustee under the Lynn Linder Nakkim
Trust dated October 3, 2011, Respondent/Defendant-Appellee,
and
PAUL SULLA, Respondent/Intervenor-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000122; CASE NOS. 3CC041000374 AND 3CC141000180)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Defendant-Appellant Lynn Linder Nakkim's Application for Writ of Certiorari filed on January 27, 2022, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, March 7, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

